# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| TINA LOCKE, INDIVIDUALLY AND AS ADMINISTRATIX OF THE ESTATE OF REGINA LOCKE, DECEASED, | : No. 338 EAL 2020 |
| | : |
| Petitioner | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| FOX CHASE CANCER CENTER, JEFFREY THORLEY, M.D., MALA KAILASAM, M.D., WILLOWCREST REHAB, ALBERT EINSTEIN MEDICAL CENTER, MANMEET SINGH, M.D., JEANES HOSPITAL, | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.